IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RANDY RITMILLER,** | 3:14-CV-02011-BR |
|     **Plaintiff,** | JUDGMENT OF REMAND |
| **v.** | |
| **MICHAEL SPICER; SPIRIT ENTERPRISES OF OREGON, INC.,** an Oregon corporation, | |
|     **Defendants..** | |

    Based on the Court's Order issued January 12, 2015, this matter is **REMANDED** to Multnomah County Circuit Court.

    IT IS SO ORDERED.

    DATED this 12th day of January, 2015.

                                           /s/ Anna J. Brown

                                           ANNA J. BROWN
                                           United States District Judge